UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-299-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | O R D E R |
| ANTONIO C. PAZ | |

WHEREAS the defendant, ANTONIO C. PAZ, having been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of 18 U.S.C. § 1425(a), and whereas 8 U.S.C. § 1451(e) mandates that in the event of such a conviction the related naturalization shall be revoked,

IT IS HEREBY ORDERED THAT judgment is entered revoking and setting aside the naturalization of the defendant ordered by the Attorney General of the United States or the Secretary of the Department of Homeland Security (admitting the defendant to United States citizenship) and canceling Certificate of Naturalization No. 35639749.

IT IS FURTHER ORDERED THAT the defendant, from the date of the order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document which evidences United States citizenship obtained as a result of the defendant's naturalization on A# 090-112-826.

IT IS FURTHER ORDERED THAT the defendant will surrender and deliver his Certificate of Naturalization, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he

knows are in possession of others), to the Attorney General or the Secretary of Homeland Security immediately, and will return any other indicia of United States citizenship, and any copies thereof in his possession (and to make good faith efforts to recover and then surrender any copies thereof that he knows are in possession of others), including, but not limited to, United States passports, voter registration cards, and other voting documents.

IT IS SO ORDERED.

DATED this __17__ day of __June__, 2021.

_____
JAMES C. DEVER III
United States District Judge